```
                                    FILED
                           CLERK, U.S. DISTRICT COURT

                              OCT 25, 2018

                           CENTRAL DISTRICT OF CALIFORNIA
                           BY:    BH       DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$10,000.00 IN U.S. CURRENCY,<br><br>Defendant.<br><br>LUISA GONZALEZ,<br><br>Claimant. | NO. CV 01-6298 NM (PJWx)<br><br>[~~PROPOSED~~]<br>**CONSENT JUDGMENT OF FORFEITURE** |

    Plaintiff and Claimant Luisa Gonzalez ("Claimant") have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

    The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

    1.    This Court has jurisdiction over the parties and the subject matter of this action.

    2.    The government has given and published notice of this action as required by law, including Supplemental Rule G for Admiralty or Maritime Claims

and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. All potential claimants to the defendant $10,000.00 in U.S. Currency ("defendant currency") other than Claimant are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The government shall have judgment as to the entirety of the $10,000.00 in U.S. currency, and no other right, title or interest shall exist therein. The government shall dispose of the forfeited funds according to law.

4. The Court finds that there was reasonable cause for the seizure of the defendant currency and the institution of this action. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

5. Each of the parties shall bear its own fees and costs in connection with the seizure and retention of the defendant currency.

DATED: __Oct 25__, 2018     _/s/ Virginia A. Phillips_
                            UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

  /s/ Steven R. Welk
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

<u>PROOF OF SERVICE BY MAILING</u>

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On <u>October 23, 2018</u>, I served a <u>[PROPOSED] CONSENT JUDGMENT OF FORFEITURE</u> on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:  Luisa Gonzalez**

**Lawndale, CA 90260**

 X  I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

__ Via Hand Delivery

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: <u>October 23, 2018</u> at Los Angeles, California.

<u>  /s/ Tina Keleshyan  </u>
**TINA KELESHYAN**